IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WILLIAM ESTES,**<br><br>           Petitioner,<br><br>     v.<br><br>**SCOTT FRAUENHEIM,**<br><br>           Respondent. | Case No. 2:14-cv-02192-KJM-EFB P<br><br>**[PROPOSED] ORDER** |

    Respondent is granted an enlargement of time to file a late answer, and the answer is deemed timely filed.

Dated:  December 22, 2014.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

[Proposed] Order (2:14-cv-02192-KJM-EFB)